NUMBER 13-03-576-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

CINDY CRUZ, INDIVIDUALLY AND AS PERSONAL 
REPRESENTATIVE OR ADMINISTRATOR OF THE 
ESTATE OF IRENE HERNANDEZ, DECEASED, ET AL. ,         Appellants,

v.

MICHAEL D. McCUTCHON, M.D., ET AL.,                           Appellees.
____________________________________________________________________

On appeal from the 319th District Court
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellants, CINDY CRUZ, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OR ADMINISTRATOR OF THE ESTATE OF IRENE HERNANDEZ,
DECEASED, ET AL., perfected an appeal from a judgment entered by the 319th
District Court of Nueces County, Texas, in cause number 02-2382-G. After the record
and briefs were filed, the parties filed a joint motion to dismiss the appeal. The parties
request that this Court dismiss the appeal and that costs be taxed against the party
incurring same.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 28th day of October, 2004.